UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TYLER SMITH,

        Plaintiff,

  v.

VISTRA CORPORATION, ET AL.,

        Defendants.

Case No. 25-cv-05407-VKD

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Eumi K. Lee for consideration of whether the case is related to *Solano, et al. v. Vistra Corporation, et al.*, 5:25-cv-02073-EKL.

**IT IS SO ORDERED.**

Dated: June 30, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge